NO. 07-01-0010-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MAY 30, 2001

______________________________

BAPTIST ST. ANTHONY HOSPITAL CORPORATION,

Appellant

v.

WILMA JEAN MANDRIL, Individually and as Representative of

the Estates of LETHA WELBORN and NORMAN WELBORN, Deceased,

Appellee

_________________________________

FROM THE 251st DISTRICT COURT OF POTTER COUNTY;

NO. 84,661-C; HON. JOHN T. FORBIS, PRESIDING

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Baptist St. Anthony Hospital Corporation and Wilma Jean Mandril, individually and as the representative of the estates of Letha and Norman Welborn filed a joint motion to reverse judgment pursuant to their settlement agreement.  So too do they ask that we remand the cause to the trial court for an order of dismissal.  For the reasons specified in the motion, we grant same.  
See
 
Dunn v. Canadian Oil & Gas Services, Inc
., 908 S.W.2d 323 (Tex.App.--El Paso 1995, no pet.).  Without passing on the merits of the appeal, we reverse the judgment and remand the cause to the trial court for implementation of the settlement agreement.  Having reversed the judgment and remanded the cause to the trial court at the request of the parties, no motion for rehearing will be entertained and our mandate shall issue forthwith.

Brian Quinn

         Justice

Do not publish.